U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Leland B. Hall | Address: City, State and Zip Code): 5523 N. 91st Street, Apt. 7, Milwaukee, Wisconsin 53224 |
|---|---|
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: Debra J. Patterson (state case) | Address of Defendant's Attorney: State Public Defender Milwaukee Trial Office 819 N 6th St Rm 908 Milwaukee, WI 53203-1606 |

| Name of Assistant U.S. Attorney: John J. Manning | | | | |
|---|---|---|---|---|
| Has warrant been issued? No | When? | By Whom? | When? | |
| Has warrant been executed? No | When? | Where? | | |
| Has defendant appeared before a Magistrate? No | When? | Who? | | |
| Is the defendant in custody? Yes, on state case | Where? | | | |
| Pretrial Scheduling Conference Necessary? | ☐ YES | ☒ NO | | |

| Issue: WARRANT | SUMMONS | NOTICE | MISDEMEANOR | FELONY |
|---|---|---|---|---|
| X | | | | XX |

Milwaukee Case ☒     Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:     Judge:     Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Felon in possession of a firearm 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |
|---|---|

Agency/Agent:     ATF/Undre Ludington

OCDETF:     No