UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                        CASE NO. 09-CR-220

LELAND B. HALL,

        Defendant.

## ORDER

The court has received a recommendation from Magistrate Judge Aaron E. Goodstein denying the defendant Leland Hall's (Hall) motion to suppress evidence.

Hall objects to the recommendation and the government has responded to that objection. The court has read these submissions and the recommendation and rules as follows: The court adopts Magistrate Judge Goodstein's recommendation in toto.

**THEREFORE,** Hall's motion to suppress evidence is **denied**.

Dated this 25th day of November 2009.

                                            So Ordered.

                                            *s/ Rudolph T. Randa*
                                            RUDOLPH T. RANDA
                                            U.S. District Judge